# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES** | : | **CRIMINAL ACTION** |
| **of AMERICA** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **TYSON WATSON** | : | **No. 12-417** |

## O R D E R

**AND NOW**, this 4th day of April, 2016, upon consideration of Defendant Tyson Watson's Motion to Reduce Sentence (Doc. No. 53) and the Government's opposition thereto (Docket No. 54), it is hereby **ORDERED** that Defendant's Motion (Docket No. 53) is **DENIED**.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE